UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY SALAZAR,

Plaintiff,

v.

CORRECTIONAL OFFICER BURNS, et al.,

Defendants.

Case No. 25-cv-09814-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On November 13, 2025, plaintiff, a state prisoner, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. On that same date the Clerk of the Court sent a notice to plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* application. The Clerk sent plaintiff a blank *in forma pauperis* application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed. More than twenty-eight days have passed and plaintiff has not paid the filing fee, returned the *in forma pauperis* application or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: March 25, 2026

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge

United States District Court
Northern District of California